UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GROFF CONSTRUCTION, INC.,

    Plaintiff,

vs.    Case No. 2:06-cv-57-FtM-29DNF

AMERICAN PRIDE BUILDING COMPANY, LLC, AMERICAN PRIDE BUILDING CO., LLC,, AMERICAN PRIDE BUILDER, LLC, STEPHEN A. HUMFLEET, DAWN HUMFLEET, SAL ALLEN, FLEET LENDING GROUP, INC., H&B TITLE GROUP OF FLORIDA, INC., STEPHEN ALLAN HUMFLEET, P.A., XYZ CORPORATIONS, JOHN DOES, JANE DOES,

    Defendants.
_____

**OPINION AND ORDER**

On January 22, 2007, United States Magistrate Judge Douglas N. Frazier submitted a Report and Recommendation (Doc. #86) to the Court recommending that Plaintiff's Motion to Dismiss Defendants' Dawn Humfleet and Fleet Lending Group, Inc.'s Counterclaim and Third Party Complaint (Doc. #57) and Motion to Dismiss Defendants' Stephen A. Humfleet and Stephen Allen Humfleet, P.A.'s Counterclaim and Third Party Complaint (Doc. #58) be denied. No objections have been filed, and the time to file such objections has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. §

636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732, 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994).

After reviewing the Report and Recommendation and the court file, the Court fully agrees with the Report and Recommendation. Accordingly, the Court will adopt the Report and Recommendation and will deny the motions.

Accordingly, it is now

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. #86) is **accepted and adopted,** and it is specifically incorporated into this Opinion and Order.

2. Plaintiff's Motion to Dismiss Defendants' Dawn Humfleet and Fleet Lending Group, Inc.'s Counterclaim and Third Party Complaint (Doc. #57) is **DENIED.**

3. The Motion to Dismiss Defendants' Stephen A. Humfleet and Stephen Allen Humfleet, P.A.'s Counterclaim and Third Party Complaint (Doc. #58) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this   9th   day of February, 2007.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record