UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GROFF CONSTRUCTION, INC.,            CASE NO.: 2:06-cv-57-FtM-29-DNF
a Florida corporation,

     Plaintiff,

vs.

AMERICAN PRIDE BUILDING COMPANY,
LLC, a Florida limited liability company;
AMERICAN PRIDE BUILDING CO, LLC, a
Florida limited liability company; AMERICAN
PRIDE BUILDER, LLC, a Florida limited liability
company; STEPHEN A. HUMFLEET, an individual;
DAWN M. HUMFLEET, an individual; SAL
ALLAN, an individual; FLEET LENDING GROUP,
INC., a Florida corporation; H & B TITLE GROUP OF
FLORIDA, INC., a Florida corporation; STEPHEN
ALLEN HUMFLEET, P.A.,a Florida professional
association; XYZ CORPORATION(S); JOHN DOE(S);
and JANE DOE(S),

     Defendants.
_____/

DAWN HUMFLEET, an individual, and FLEET
LENDING GROUP, INC., a Florida corporation,

     Third Party Plaintiffs,

v.

MICHAEL GROFF,

     Third Party Defendant.

STIPULATION FOR DISMISSAL

Plaintiff, GROFF CONSTRUCTION, INC., a Florida corporation, Third Party Defendant MICHAEL GROFF (hereinafter collectively referred to as "GROFF"), and Defendants STEPHEN A. HUMFLEET, an individual, DAWN M. HUMFLEET, an individual, FLEET LENDING GROUP, INC., a Florida corporation, H & B TITLE GROUP OF FLORIDA, INC., a Florida corporation, and STEPHEN ALLEN HUMFLEET, P.A., a Florida professional association (hereinafter collectively referred to as "HUMFLEET DEFENDANTS"), by and through the undersigned attorneys hereby file their Stipulation for Dismissal and state:

1. GROFF and the HUMFLEET DEFENDANTS entered into a Confidential Settlement Agreement and Release ("Release") on March 15, 2007.

2. A condition of the Release requires the parties to file a "Stipulation for Dismissal of all claims against each other [between GROFF and HUMFLEET DEFENDANTS] with prejudice" in the instant lawsuit upon payment of the settlement monies specified in the Release.

3. GROFF received payment of the settlement monies specified in the Release.

4. As such, GROFF and HUMFLEET DEFENDANTS herewith file this Stipulation for Dismissal with respect to any and all claims, counterclaims and third party claims contained in the instant lawsuit with prejudice.

WHEREFORE, Plaintiff **GROFF CONSTRUCTION, INC.** and Third Party Defendant **MICHAEL GROFF** and Defendants **STEPHEN A. HUMFLEET**, **DAWN M. HUMFLEET**, **FLEET LENDING GROUP, INC.**, **H & B TITLE GROUP OF FLORIDA, INC.** and **STEPHEN ALLAN HUMFLEET, P.A.** hereby request this Honorable Court to enter an order dismissing the present case against each other with prejudice with all parties bearing their own costs and attorneys fees.

By:/s/ Edward M. Livingston
Edward M. Livingston, Esq.
Florida Bar No.: 251879
Angela M. Miller, Esq.
Florida Bar No.: 716871

The Livingston Firm
963 Trail Terrace Drive
Naples, FL 34103
(239) 262-8502
(239) 261-3773 (fax)
Attorneys for Plaintiff GROFF CONSTRUCTION, INC.

By: /s/ Robert D. Rightmyer
Robert D. Rightmyer, Esq.
Florida Bar No.: 178047
Richard P. Cole, Esq.
Florida Bar No.: 186589
Cole Scott & Kissane, P.A.
Pacific National Bank Building
1390 Brickell Avenue, 3rd Floor
Miami, FL 33131
(305) 350-5300
(305) 373-2294 (fax)
Attorneys for Stephen A. Humfleet and Stephen Allen Humfleet, P.A.

By: /s/ Robert C. Shearman
Robert C. Shearman, Esq.
Florida Bar No.: 614025
Henderson, Franklin, Starnes & Holt
Post Office Box 280
Fort Myers, FL 33902-0280
(239) 344-1346
(239) 344-1200 (fax)
Attorney for Fleet Lending Group, Inc. and Dawn M. Humfleet

By: /s/ Geralyn F. Noonan
Geralyn Farrell Noonan
Florida Bar No.: 968020
William E. Noonan, Esq.
Florida Bar No.: 501328
P.O. Box 07338
Fort Myers, FL 33912
(239) 694-7070
(239) 481-0993 (fax)
Attorneys for H & B Title Group of Florida, Inc.

>By: /s/ Michael G. Fink
>Michael G. Fink, Esq.
>Florida Bar No.: 0825743
>Mark A. Boyle, Esq.
>Florida Bar No.: 0005886
>Fink & Boyle, P.A.
>2050 McGregor Boulevard
>Fort Myers, FL 33901
>(239) 337-1303
>(239) 337-7674 (fax)
>Attorneys for H & B Title Group of Florida, Inc.

## CERTIFICATION

I HEREBY CERTIFY that on April 9, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the attorneys listed below:

Joseph R. Lowicky and Dale L. Friedman
Conroy, Simberg, Ganon, Krevans & Abel, P.A.
3440 Hollywood Boulevard
Second Floor
Hollywood, FL 33021
Attorneys for American Pride Building Company, LLC, American Pride Building Co., LLC, American Pride Builder, LLC and Sal Allan

Robert D. Rightmyer and Richard P. Cole
Cole Scott & Kissane, P.A.
Pacific National Bank Building
1390 Brickell Avenue, 3rd Floor
Miami, FL 33131
Attorneys for Stephen A. Humfleet and Stephen Allen Humfleet, P.A.

Robert C. Shearman
Henderson, Franklin, Starnes & Holt
Post Office Box 280
Fort Myers, FL 33902-0280
Attorney for Fleet Lending Group, Inc. and Dawn M. Humfleet

Geralyn Farrell Noonan and William E. Noonan
P.O. Box 07338
Fort Myers, FL 33912
Attorneys for H & B Title Group of Florida, Inc.

Michael G. Fink and Mark A. Boyle
Fink & Boyle, P.A.
2050 McGregor Boulevard
Fort Myers, FL 33901
Attorneys for H & B Title Group of Florida, Inc.

                       By:/s/ Angela M. Miller
                       Edward M. Livingston, Esq.
                       Florida Bar No.: 251879
                       Angela M. Miller, Esq.
                       Florida Bar No.: 716871

The Livingston Firm
963 Trail Terrace Drive
Naples, FL 34103
(239) 262-8502
(239) 261-3773 (fax)

Attorneys for Plaintiff GROFF CONSTRUCTION, INC.