```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

GROFF CONSTRUCTION, INC.,

        Plaintiff,

vs.                                    Case No. 2:06-cv-57-FtM-29DNF

AMERICAN PRIDE BUILDING COMPANY, LLC, AMERICAN PRIDE BUILDING CO., LLC,, AMERICAN PRIDE BUILDER, LLC, STEPHEN A. HUMFLEET, DAWN HUMFLEET, SAL ALLEN, FLEET LENDING GROUP, INC., H&B TITLE GROUP OF FLORIDA, INC., STEPHEN ALLAN HUMFLEET, P.A., XYZ CORPORATIONS, JOHN DOES, JANE DOES,

        Defendants.
_____

DAWN HUMFLEET, an individual, and FLEET LENDING GROUP, INC., a Florida corporation,

        Third-party Plaintiffs,

vs.

MICHAEL GROFF,

        Third-party Defendant.
_____

**ORDER**

     This matter comes before the Court a Stipulation for Dismissal (Doc. #102), filed April 9, 2007. Plaintiff, third-party defendant, and defendants Stephen A. Humfleet, Dawn M. Humfleet, Fleet Lending Group, Inc., H&B Title Group of Florida, Inc. and Stephen Allan Humfleet, P.A. have agreed to a dismissal of all

claims, including the Third Party Complaint, pursuant to a Confidential Settlement Agreement. The case otherwise remains pending as to defendants American Pride Building Company, LLC, American Pride Building Co., LLC, American Pride Builder, LCC, and Sal Allan. The First Amended Verified Complaint alleges that Sal Allan controlled, directed, and or was a managing member of the American Pride corporations, which was admitted in the Answer and Affirmative Defenses. (Doc. #49, ¶ 7; Doc. #52, ¶ 7.) On January 4, 2007, a Suggestion of Death (Doc. #84) was filed indicating that Sal Allan passed away on November 20, 2006. No further action has been taken with regard to these parties. Additionally, the case remains pending against the unnamed parties XYZ Corporation, John Doe(s), and Jane Doe(s) and a dismissal of these parties has not been sought.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. Pursuant to Fed. R. Civ. P. 41(a)(1), all claims between plaintiff and third-party defendant Michael Groff and defendants Stephen A. Humfleet, Dawn M. Humfleet, Fleet Lending Group, Inc., H&B Title Group of Florida, Inc. and Stephen Allan Humfleet, P.A. are **dismissed** with prejudice with each party to bear their own attorneys' fees and costs. The Clerk shall withhold the entry of judgment until the conclusion of the case but terminate all defendants.

2. Plaintiff shall notify the Court within **ELEVEN (11) DAYS** of this Order whether the remaining parties are due to be dismissed.

**DONE AND ORDERED** at Fort Myers, Florida, this __9th__ day of April, 2007.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of record